Location: NJ61 Citation: P0454934 SIDE: A

New Citation Search   New Hearing Search

**United States District Court**
**Violation Notice**

CVB Location Code: NJ61

Violation Number: P 0454934
Officer Name (Print): ANTCZAK
Officer No: 2327

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mmddyyyy): 5/13/2008 1701
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code: 36 CFR 7.29c

Place of Offense: GUNNISON BEACH

Offense Description: PUBLIC LEWDNESS
CASE # 2008-1903

**DEFENDANT INFORMATION**   Phone: (570) 544-9109

Last Name: MAZZUCA
First Name: JOSEPH
MI: A

Street Address: 4 TALL OAKS DRIVE
City: POTTSVILLE
State: PA
Zip Code: 17901
Date of Birth: [illegible]

Drivers License No: [illegible]
DL State: PA
Social Security No: [illegible]

☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female
Hair: BROWN   Eyes: BROWN   Height: 5-07   Weight: 178

**VEHICLE DESCRIPTION** | VIN:

Tag No: BBL-0121
State: PA
Year: 06
Make/Model: SEDAN LINCOLN
Color: BLACK

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT  SEE INSTRUCTIONS (on back of yellow copy)

$ _____  Forfeiture Amount
+ $25  Processing Fee

PAY THIS AMOUNT →  $ _____  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail)

Court Address:
Date (mm/dd/yyyy): 6/18/2008
Time (hh mm): 0900 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original  CVB Copy                   NPS 10 50 (Rev 7-05)